Andrew Jacobs (AZ Bar No. #021146)
Sarah Jezairian (AZ Bar No #021149)
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, AZ 85701
Telephone: (520) 882-1200
ajacobs@swlaw.com
sjezairian@swlaw.com
Attorneys for Defendant

Snell & Wilmer
— L.L.P. —
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85201-1630
(520) 882-1200

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEPHEN KIMBLE, an individual, and ROBERT GRABB, an individual, | Case No. _____ |
| Plaintiffs, | **NOTICE OF REMOVAL OF ACTION; VERIFICATION OF ANDREW JACOBS** |
| v. | |
| MARVEL ENTERPRISES, INC., | [Arizona Superior Court, County of Pima, Case No. C20083621] |
| Defendant. | |

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON DIVISION**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Marvel Entertainment, Inc. (sued herein and formerly known as Marvel Enterprises, Inc.) ("Marvel"), hereby removes the state court civil action originally commenced in the Superior Court of the State of Arizona, County of Pima, entitled Stephen Kimble and Robert Grabb v. Marvel Enterprises, Inc., Case No. C20083621 ("State Court Action") to this Court. In support of such removal, Marvel states as follows:

A. The State Court Action was filed by Plaintiffs Stephen Kimble and Robert Grabb (collectively "Plaintiffs"), in the Superior Court of the State of Arizona in and for the County of Pima on or about May 28, 2008, as Case No. C20083621. True and correct copies of the process, pleadings, and orders filed in the State Court Action (though Marvel has not been served with the Complaint, it received a copy of the filed Complaint on May

8868450.1

30, 2008) to date are attached hereto as Exhibit A.

B. On May 30, 2008, Marvel was provided, though not served, with a copy of the Complaint in this matter. Accordingly, this Notice of Removal is filed within thirty (30) days after receipt by Marvel of a copy of the Complaint and is timely filed under 28 U.S.C. § 1446(b).

C. This Court has diversity jurisdiction pursuant to 26 U.S.C. § 1332 because Plaintiffs are both residents of the state of Arizona and Marvel is incorporated in the State of Delaware, and has its principal place of business in the State of New York.

D. Under 28 U.S.C. §§ 1446(a), venue of this action is proper in this Court as the district and division within which the State Court Action was brought.

E. On information and belief, the factual allegations set forth in the Complaint establish that the amount in controversy exceeds the minimum jurisdictional amount of $75,000, exclusive of interest and costs, as provided under 28 U.S.C § 1332.

F. A notification of the filing of this Notice of Removal to District Court will be promptly filed in the Superior Court of Pima County in the State of Arizona. Written Notice of the filing of this Notice of Removal is being delivered to all parties through counsel of record.

WHEREFORE, Marvel requests that the above-referenced action now pending in the Superior Court of Pima County, State of Arizona, be removed to this Court. As required by 28 U.S.C. § 1446(d) and Local Rule Civ. 3.7, Marvel will promptly give written notice to Plaintiffs. Marvel shall also promptly file notice with the Clerk of the Superior Court of Pima County.

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

8868450.1

DATED this 27th day of June, 2008.

SNELL & WILMER L.L.P.


By: s/ Andrew Jacobs
    Andrew Jacobs
    Sara Jezairian
    One South Church Avenue
    Suite 1500
    Tucson, AZ  85701-1630
    Attorneys for Defendant

**Snell & Wilmer**
— L.L.P. —
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

# <u>VERIFICATION OF ANDREW JACOBS</u>

I, Andrew Jacobs, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and a partner with the law firm of Snell & Wilmer, LLP, counsel of record for Defendant. I have firsthand knowledge of the matters set forth herein.  I submit this verification pursuant to Local Rule Civ. 3.7 and pursuant to Federal Rule of Civil Procedure 11.

2. Attached as Exhibit A are true and complete copies of all pleadings and other documents filed in the state court civil action originally commenced in the Superior Court of the State of Arizona in and for the County of Pima, entitled <u>Stephen Kimble and Robert Grabb v. Marvel Enterprises, Inc.</u>, Case No. C20083621.

I verify under oath that the foregoing is true and correct.

Executed this 27th day of June, 2008, at Tucson, Arizona.

SNELL & WILMER L.L.P.

By: _s/ Andrew Jacobs_____
  Andrew Jacobs
  Sarah Jezairian
  One South Church Avenue
  Suite 1500
  Tucson, AZ  85701-1630
  Attorneys for Defendant

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

Snell & Wilmer

L.L.P.

LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on June 27, 2008, I electronically transmitted the foregoing

3 document to the Clerk's Office using the ECF System for filing.

4     I further certify that on June 27, 2008, I served the attached document by U.S. mail on the following:

5                          Stephen Kimble, Esq.
                          KimbleGrabb, P.L.L.C.
6                         7411 E. Tanque Verde Rd.
                          Tucson, AZ  85715
7
8                          Robert Grabb, Esq.
                          KimbleGrabb, P.L.L.C.
9                         7411 E. Tanque Verde Rd.
                          Tucson, AZ  85715
10

11

12

13                                   s/Clarrissa Palma

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28