# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Kimble and Robert Grabb, ) | |
| Plaintiffs, ) | No. CV-08-372-TUC-DCB-DTF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Marvel Enterprises, Inc., ) | |
| Defendant. ) | |

Pending before the Court are the parties' six motions for summary judgment, for which they have requested oral argument.

Accordingly,

**IT IS ORDERED** that Oral Argument will be heard on all the pending motions for summary judgment on **Friday, November 6, 2009 at 10:00 a.m.**

DATED this 17th day of September, 2009.

D. Thomas Ferraro
United States Magistrate Judge