Stephen Kimble, Esq. (AZ Bar No. 009159)
LAW OFFICES OF STEPHEN KIMBLE
3230 N. Dodge Blvd. Studio F
Tucson, Arizona 85716
Ph: 520.323.4090
kimblelaw@aol.com

Robert Grabb, Esq. (AZ Bar. No. 009464)
GRABB & DURANDO, PLC
2929 E. Broadway
Tucson, AZ 85716
Ph: 520.326.2500
rgrabb@aol.com

Attorneys for Plaintiffs / Plaintiffs / Counterclaim Defendants

David Fleischer (*pro hac vice*)
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Telephone: (212) 659-7300
david.fleischer@haynesboone.com

Jason T. Christiansen (*pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
jasonchristiansen@paulhastings.com

Andrew M. Jacobs (AZ Bar. No. 021146)
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
Telephone: (520) 882-1207
ajacobs@swlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEPHEN KIMBLE, an individual, and ROBERT GRABB, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MARVEL ENTERPRISES, INC.,<br><br>Defendant. | CASE NO. CV 08-372-TUC-DCB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above entitled action through their undersigned attorneys of record as follows:

1. All claims remaining in the action after the Court's September 22, 2010 Order (Doc. 112) are dismissed with prejudice, without attorney fees or costs to any party and the parties hereby waive all appeals from any orders heretofore entered in this action except Kimble and Grabb shall retain the right to appeal the Court's March 2, 2010 Order (Doc. 85) in accordance with the Federal Rules of Appellate Procedure to the extent it granted summary judgment in favor of Marvel with respect to Marvel's first counterclaim for a declaration that its obligation to plaintiffs under the royalty provision of the parties' agreement dated September 21, 2001 (the "2001 Agreement") terminated after the May 25, 2010 expiration of the Kimble patent. If the foregoing appeal by Kimble and Grabb results in a reversal and, as a result, Marvel may have obligations to Plaintiffs under the 2001 Agreement after May 25, 2010, the parties acknowledge and agree that the amount of such obligations shall be determined in accordance with the 2001 Agreement with all rulings in the Litigation maintained subject to any modifications by an appellate court.

2. The Court's March 2, 2010 Order (Doc. 85) on Marvel's motion for summary judgment (Doc. 54) shall be deemed final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

3. This court shall retain jurisdiction over Marvel, Kimble, and Grabb for purpose of enforcing this stipulation.

Dated: February 9, 2011

| LAW OFFICES OF STEPHEN KIMBLE | HAYNES AND BOONE, LLP |
|---|---|
| By: ~~Stephen Kimble~~ | By: David Fleischer |
| GRABB & DURANDO P.L.C. | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| By: Robert Grabb | Jason T. Christiansen |
| Attorneys for Plaintiffs / Plaintiffs / Counter Defendants | SNELL & WILMER L.L.P. |
| | Andrew Jacobs |
| | Attorneys for Defendant |