UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>**FILED**</td></tr>
<tr><td>AUG 08 2013</td></tr>
<tr><td>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

STEPHEN KIMBLE and ROBERT
MICHAEL GRABB, individuals,

        Plaintiffs - Appellants,

  v.

MARVEL ENTERPRISES INC.,

        Defendant - Appellee.

No. 11-15605

D.C. No. 4:08-cv-00372-DCB
U.S. District Court for Arizona,
Tucson

**MANDATE**

The judgment of this Court, entered July 16, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk