# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 27, 2013

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 03 2013

FILED_____
DOCKETED_____
         DATE    INITIAL

Re: Stephen Kimble, et al.
    v. Marvel Enterprises, Inc.
    Application No. 13A304
    (Your No. 11-15605)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on September 27, 2013 extended the time to and including December 13, 2013.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by *[signature]*

Andrew Downs
Case Analyst

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 03 2013

FILED
~~Scott S. Harris~~
Clerk of the Court
(202) 479-3011

DATE        INITIAL

NOTIFICATION LIST

Mr. Roman Melnik
Goldberg Lowenstein & Weatherwax LLP
11400 W. Olympic Blvd.
Ste. 400
Los Angeles, CA 90064


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526